DATE 8-17-2015

IN THE COURT OF APPEALS SIXTH APPELLATE DISTRICT
STATE OF TEXAS

RECEIVED IN
The Court of Appeals
Sixth District
AUG 21 2015
Texarkana, Texas
Debra Autrey, Clerk

APPELLANT PRO SE
ESAW LAMPKIN

RE: APPELLATE CASE
NO. 06-14-00024-CR
TrialCourt case
NO. 42,897-B

FILED IN
The Court of Appeals
Sixth District
AUG 21 2015
Texarkana, Texas
Debra K. Autrey, Clerk

File Timely motion For (A)
REHEARING of Judgment After
Day of Court opinion Rule of
Appellant Pror:

State of Claims For Relief

1. THE Petitioner over all conviction should Have Been Reversed THERE WAS A motion To Suppress illegally seized BLOOD. THAT WAS improperly overruled BY THE TrialCourt in violation of Appellant Fourth Amendments Rights against unreasonable searches and seizures Taken of A BLOOD sample without concent Violated Rights constitution Rights Under THE implied "consent" "statute" despite THE Existence of A search warrant.

2. Statement of claim For Relief Here THE Record Filed To Show That the state Prove of A warrant

3) Statement of claims For Relief illegal interrogation During A Road stop Fifth Amendment Rights Violation The state Trooper Dean Filed To Properly mirandize A Specific New investigation improper custodial interrogation statement inadmissible BLOOD Test inadmissible Tank UBO Taken 2 Hours and 45 minits After THE stop
See Attachment Page

DATE 8-17-2015

## CERTIFICATE OF SERVICE

I Hereby certify that A true And correct
COPY. of THE foregoing instrument motion
timely requesting For A Rehearing Against
the Judgment of conviction are timely
File. and Forward to THE court of Appeals
Sixth Appellate United States District court
Address Bi-State Line Avenue # 20 Texakana
Texas 75501 Place in the clements Legal mail
Box 9601 SPUR 591 Amarillo, tx 79107

x Esaw Lampkin pro se,
x Esaw Lampkin pro se

C.C.